*Order Filed on 06/30/2012 by Clerk U.S. Bankruptcy Court District of New Jersey*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**GARY C. ZEITZ, L.L.C.**<br>ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)<br>1105 Laurel Oak Road, Suite 136<br>Voorhees, New Jersey 08043<br>(856) 857-1222<br>*Attorneys for Creditor,*<br>*CRUSADER LIEN SERVICES* | |
| In Re:<br><br>JAMES ROBERTS, JR. | Case No.: 11-30516/MBK<br><br>Hearing Date: June 12, 2012 at 9:00 a.m.<br><br>Judge: Michael B. Kaplan |

**ORDER**

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: 06/30/2012**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the Court upon the motion of Crusader Lien Services ("Creditor") requesting the entry of an Order for relief from the automatic stay to proceed with a foreclosure proceeding against James Roberts, Jr. (the "Debtor"), and the following appearances having been entered, Robin London-Zeitz, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and Allen I. Gorski, Esquire, attorney for the Debtor; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtors' real estate located at 127 Meriline Avenue, Lawrence, New Jersey, Block 1305, Lot 6, 5, 46-47 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay to foreclose the Tax Lien; and

IT FURTHER APPEARING that the Debtor now seeks to pay the amounts owed to Creditor through their Chapter 13 plan; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1. Within 30 days of the entry of this Order, the Debtor shall pay all outstanding post-petition taxes owing to Lawrence Township on account of the Property except to the extent that Creditor has already paid said post-petition taxes.

2. In the event the Debtor fails to make to make any of the post-petition payments required to be made to Lawrence Township on account of the Property or fails to make any payments under their Chapter 13 plan, within thirty (30) days of their due date, then Creditor shall be entitled to relief from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be

*Approved by Judge Michael Kaplan June  30, 2012*

granted upon application of Creditor, with seven (7) days notice to the Debtor and Debtor's counsel, setting forth the default in question.

       3.      Creditor is granted an administrative claim, which will be paid through the Debtor's Chapter 13 plan, in the amount of $500.00 on account of the legal fees and costs incurred in the prosecution of its relief from stay motion.

                                                                    _____
                                                                                J.S.C.

*Approved by Judge Michael Kaplan June  30, 2012*