UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**TEICH GROH**
**691 State Highway 33**
**Trenton, New Jersey 08619**
**Phone: (609) 890-1500**
**Email: agorski@teichgroh.com**
**Attorneys for the Debtor**
**ALLEN I. GORSKI, ESQUIRE**

**In Re:**

**JAMES ROBERTS, JR.,**

        **Debtor.**

**Chapter 13**

**Case No.: 11-30516 (MBK)**

**Hearing Date:**

**Judge: Michael B. Kaplan, U.S.B.J.**

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

☒     **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

☐     **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following
**(choose one):**

**1.**     ☐     Motion for Relief from the Automatic Stay filed by creditor Crusader Lien Services.

A hearing has been scheduled for _____ _____, 20__.

**OR**

☐     Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for _____ @ _____ __.m.

**2.**     ☒     Certification of Default filed by creditor, Crusader Lien Services.

I am requesting a hearing be scheduled on this matter.

**OR**

☐     Certification of Default filed by Standing Chapter 13 Trustee.

I am requesting a hearing be scheduled on this matter**.**

I am objecting to the above for the following reasons **(choose one)**:

☐    Payments have been made in the amount of $_____, but have not been accounted for.  Documentation in support is attached hereto.

☐    Payments have not been made for the following reasons and debtor proposed repayment as follows (**explain your answer**):

☒    **Other (explain your answer):  SEE ATTACHED SHEET**

**3.**    This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

**4.**    I certify under penalty of perjury that the foregoing is true and correct.

**Date:  October 4th, 2012**              _/s/  *James Roberts* _____
                                            **James Roberts, Debtor**

**Date: _____**              _____
                                                  **, Debtor**

**NOTE:**

1.  This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2.  This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within fourteen (14) days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions)* or a *Trustee's Certification of Default.*

    **If this form is not filed, the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

Rev. 12/1/09

James Roberts, Jr.
Case No.: 11-30516 (MBK)
**Attachment to Opposition to Crusader Lien Services' Certification of Default**

    Attached as **Exhibit "A"** please find the Trustee's Report dated October 2nd, 2012, that reflects that I made a $700.00 payment on September 11th, 2012, and a $610.00 payment that was credited on October 1st, 2012. On October 1st, 2012, my wife also mailed an initial payment for $610.00 to the Trustee to bring the Trustee payments current since the Court's Order of June, 2012. The Court will note that according to the Trustee Report, I have paid $1,200.00 in June, 2012, $600.00 in July, 2012, $700.00 in September, 2012, $610.00 on October 1st, 2012, and there is another $610.00 in transit.

    Attached as **Exhibit "B"** please find the two page printout I received from Lawrence Township confirming that I paid $2,480.41 to satisfy the 3rd and 4th Quarter 2012 real estate taxes. I am now paid through the payment due February of 2013.

    I would respectfully request that the Certification of Default be withdrawn.

# EXHIBIT "A"

| CASE NUMBER | 1130516 | CASE STATUS | CONFIRMED | DATE CONFIRMED | 10/11/2011 |
|---|---|---|---|---|---|
| DEBTOR 1 NAME | JAMES ROBERTS JR | TRUSTEE NAME | ALBERT RUSSO | DATE CLOSED | N/A |
| DEBTOR 2 NAME | | TRUSTEE CITY | ROBBINSVILLE, NJ | LAST RECEIPT DATE | 10/1/2012 |

## Account Ledger

| Date | Claim Number | Name Of Party | Check Number | Description | Receipt Amount | Payment Amount |
|---|---|---|---|---|---|---|
| 8/2/2011 | | N/A | | CASHIER'S CHECK | $600.00 | |
| 9/1/2011 | | N/A | | MONEY ORDER | $600.00 | |
| 10/4/2011 | | N/A | | MONEY ORDER | $600.00 | |
| 10/26/2011 | | N/A | | MONEY ORDER | $500.00 | |
| 10/26/2011 | | N/A | | MONEY ORDER | $100.00 | |
| 12/8/2011 | | N/A | | MONEY ORDER | $600.00 | |
| 1/12/2012 | | N/A | | MONEY ORDER | $600.00 | |
| 2/28/2012 | | N/A | | MONEY ORDER | $600.00 | |
| 5/10/2012 | | N/A | | MONEY ORDER | $600.00 | |
| 6/11/2012 | | N/A | | MONEY ORDER | $500.00 | |
| 6/11/2012 | | N/A | | MONEY ORDER | $200.00 | |
| 6/11/2012 | | N/A | | MONEY ORDER | $500.00 | |
| 7/17/2012 | | N/A | | MONEY ORDER | $500.00 | |
| 7/17/2012 | | N/A | | MONEY ORDER | $100.00 | |
| 9/11/2012 | | N/A | | MONEY ORDER | $700.00 | |
| 10/1/2012 | | N/A | | MONEY ORDER | $610.00 | |

NOTICE: The information provided herein is based upon the best information available. The information is modified on a regular basis. Neither the Trustee nor the National Data Center certifies that the information is fully accurate or complete and users are cautioned to base any action based upon this information upon independent verification of the information.

# EXHIBIT "B"

```
.1??  SEARCH PROCEDURE      US  TAXES      BLK  1305       LOT    6     Q1
ROBERTS, JAMES JR                        DEDS: 12=          13=         12  ASSMNT
127 MERILINE AVE                         LDESC: 60X70                       35700
LAWRENCEVILLE, NJ          08648         BDESC: 1224SF                      68600
     LOC: 127 MERILINE AVE                 ACCT:              SPTAXS: A01  104300
OLD ID:    92      50                    ADDLOTS: 5,46-47              CLASS:   2
BANK: 00000   MORT ACCT: .                 USER FIELD: F/C, BANKRUPTCY

TAX YEAR 2012       PAY #1       PAY #2       PAY #3       PAY #4       TOTAL
 ORIG BILL        1,119.14     1,119.14     1,221.88     1,221.87     4,682.03
 BILL ADJS             .00          .00          .00          .00          .00
 PAYMENTS        1,119.14     1,119.14          .00          .00     2,238.28
 INTEREST           68.83        18.47          .00          .00        87.30
 PAY ADJS             .00          .00          .00          .00          .00
 BALANCE              .00          .00     1,221.88     1,221.87     2,443.75

 PAYMT DUE            .00          .00      1221.88      1221.87      2443.75
 INT  100112          .00          .00        36.66          .00        36.66

          LIEN 16 BAL.   OUTSIDE LIEN    LAST PAY=060412
 NEXT ACCESS = BLK            LOT           QUAL       TYPE    REV CODE
 EN=CONTINUE       PF2=RECALC INTR.    PF4=TRAN HISTORY
                   PF6=SHOW LAST YR    PF8=SHOW NEXT YR      PF9=TENANT
10/01/12  11:42:27
```

$ 2,480.41

OCT 1 2012
LAWRENCE TOWNSHIP
TAX COLLECTOR